IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN W. ANDERSON                                                                                        PLAINTIFF

      v.                              Civil No.   14-2111

CRAWFORD COUNTY
DETENTION CENTER                                                                                      DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.*

By Order (Doc. 3) entered on May 7, 2014, Plaintiff was given until May 30, 2014, to file an amended complaint naming as a Defendant a person or persons in place of the detention center. He was advised the detention center was merely a building and not subject to suit.

In the same Order (Doc. 3), Plaintiff was advised that he had a duty to immediately notify the Court of any changes in his address. Plaintiff failed to notify the Court when he was released from the detention center. Court personnel obtained his home address from the detention center and entered a change of address (Doc. 6) on his behalf. All returned mail was resent to the home address. Plaintiff was again reminded of his obligation to the Court to keep his address current.

As of July 14, 2015, no mail had been returned as undeliverable from the home address. Plaintiff had not filed the amended complaint. A Show Cause Order (Doc. 7) was entered on July 14, 2015, giving Plaintiff until July 30, 2015, to show cause why this action should not be dismissed based on his failure to obey the Orders of this Court.

-1-

The Show Cause Order was returned as undeliverable marked unable to forward. Plaintiff again failed to advise the Court of his change of address. No other address is available.

In addition to having been specifically advised on more than one occasion of his obligation to keep the Court informed of his address at all times, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas provides that "[i]t is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the status of the case, and to prosecute or defend the action diligently."

I therefore recommend that this action be **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure based on the Plaintiff's failure to obey the Orders of the Court and his failure to prosecute this action.

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 30th day of July, 2015.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE